UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 26-cr-23 (DSD/SGE) |
| v. | **AMENDED PRETRIAL SCHEDULING ORDER** |
| James Christopher Lauer (1),<br>Michael Wallace Johnson, III (2),<br>Korey Carroll (3),<br>and Lanisha Latrice Taylor (4), | |
| Defendants. | |

This matter is before the Court upon the Government's Motion to Extend Time for Pretrial Discovery, Response, Motions Filing and Hearing Dates (Dkt. 38). Counsel for Mr. Lauer, Mr. Johnson, and Ms. Taylor object to the motion. Counsel for Mr. Carroll takes no position on the motion.

The Court has reviewed the Government's motion (Dkt. 38) and the considerations set forth by AUSA Benjamin Bejar regarding his specific circumstances and the specific circumstances of this case, including the fact that the Government did not move for detention at the detention hearings and all four defendants are out of custody. Finding that the ends of justice served by the brief, 14-day continuance sought by the Government outweigh the best interest of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A), the Government's motion is **GRANTED**.

**IT IS HEREBY ORDERED:**

1) The United States must make all disclosures required by Federal Rule of Criminal Procedure 16(a) by **March 2, 2026**. The defense must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **March 9, 2026**.

2) Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **March 16, 2026**.

3) Counsel must electronically file a letter on or before **March 16, 2026**, if no motions will be filed and there is no need for a hearing.

4) All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **March 30, 2026**, in accordance with Local Rule 12.1(c)(3)(A).

5) Any Responsive Notice of Intent to Call Witnesses must be filed by **April 2, 2026.**

6) The status conference currently scheduled for February 19, 2026, is **CANCELLED**. The status conference, as to Defendants Lauer (1), Johnson (2), and Taylor (4) will be held on **March 13, 2026 at 9:00 a.m.**, in Courtroom 9E, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

7) The arraignment hearing currently scheduled for February 19, 2026, is **CANCELLED**. The arraignment hearing, as to Defendants Lauer (1), Johnson (2), and Taylor (4), will be held on **March 13, 2026 at 9:00 a.m.**, in Courtroom 9E, Diana E. Murphy United States Courthouse, 300 South Fourth

Street, Minneapolis, Minnesota 55415.

8) The arraignment hearing currently scheduled for March 25, 2026, is **CANCELLED**. The arraignment hearing, as to Defendant Carroll (3), will be held on **April 14, 2026 at 9:00 a.m.**, in Courtroom 9E, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

9) The motions hearing, currently scheduled for March 25, 2026, is **CANCELLED**. The motions hearing, for all defendants, will be held on **April 14, 2026 at 9:00 a.m.**, in Courtroom 9E, Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all of the files and proceedings herein, including the facts set forth in the motion and the supporting documents. Accordingly, the period of time from February 24, 2026, the prior motions deadline, through March 16, 2026, the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

All other instructions provided in the Arraignment Notice, Pretrial Scheduling and Case Management Order (Dkt. 36) remain in full effect.

Dated: February 12, 2026         *s/Shannon G. Elkins*
                                 SHANNON G. ELKINS
                                 United States Magistrate Judge